### Earl Vonney WADE, Plaintiff–Appellant,

v.

Ron ANGELONE, Director of DOC; Dr. Vernon Smith, Health Services Director; * Mr. Braxton, Chief Warden; Ms. Ray, Medical Administrator, Sussex I State Prison; Ms. Secrist, Health Nurse, Sussex I State Prison; Rufus Fleming, Regional Director; CMS, which stands for Correctional Medical Service; Ms. Clow, Nurse, Sussex I State Prison; Prison Health Services; Ms. Brit; Ms. Tyler; Baskerville, Defendants–Appellees.

No. 03–6733.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2003.

Decided July 2, 2003.

Earl Vonney Wade, Appellant pro se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia; Edward Joseph McNelis, III, Coreen Antoinette Bromfield, John David McChesney, Rawls & McNelis, P.C., Richmond,

* Dr. Smith died during the pendency of this

Virginia; Lynne Jones Blain, Harman, Claytor, Corrigan & Wellman, Richmond, Virginia, for Appellees.

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Earl Vonney Wade appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wade v. Angelone,* No. CA–01–174–2 (E.D. Va. Feb. 26, 2002; filed Sept. 27, 2002 & entered Sept. 30, 2002; Apr. 8, 2003). We deny Wade's motions for injunctive relief and appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*